UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**EMPLOYMENT DISCRIMINATION COMPLAINT FOR PRO SE LITIGANTS IN ACTIONS FILED UNDER**
**42 U.S.C. § 2000e, *et seq.*, (Title VII of the Civil Rights Act)**
**29 U.S.C. § 621, *et seq.*, (Age Discrimination in Employment Act); or**
**42 U.S.C. § 12112, *et seq.*, (Americans with Disabilities Act)**

Ronald David Jones,
(Write the full Name of each Plaintiff who is filing this complaint. If the names of all the Plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No.: 4:21cv319 AW-MAF
(To be filled in by the Clerk's Office)

v.

Florida Dept. of Education
_____,
(Write the fill name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial Requested?
☑ YES  ☐ NO

FILED USDC FLND TL
JUL 29 '21 PM1:35

NDFL Pro Se 7 (Rev. 12/16) Complaint Employment Discrimination
ClerkAdmin/Official/Forms

1

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

1. Plaintiff's Name: Ronald David Jones

   Address: 1821 McKelvy Street

   City, State, and Zip Code: Quincy, FL 32351

   Telephone: 850-364-0209 *(Home)* 850-590-1937 *(Cell)*

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ *(Home)* _____ *(Cell)*

*(Provide this information for any additional Plaintiffs in this case by attaching an additional page, as needed.)*

B. Defendant(s)

1. Defendant's Name: Florida Department of Education

   Name of Employer *(if relevant)*: _____

   Address: 325 West Gaines Street Suite 1544

   City, State, and Zip Code: Tallahassee, FL 32399-0400

*you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other Federal Law *(be specific):* 760.10(5) _____

_____

☐ Relevant State Law *(specify, if known):* _____

_____

☐ Relevant City or County Law *(specify, if known):* _____

_____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do. Identify how each named Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

I applied for a job with Gadsden County School Board which required

**Statement of Claim, Continued** *(Page 1 of 2)*

me to receive certification from the Department of Education. The Department of Education discriminated against me while seeking certification to be hired by Gadsden County School Board based on my race (Black), sex (male), age (over 40), sexual orientation (heterosexual), and Religion (African Hebrew-Israelite). I also believe I am being retaliated against for filing an Complaint in Federal Court. I applied for certification in November 2017, and two years later on October 7, 2019, the Department of Education issued a letter (Eligibility Letter) and did not notify me in any way of its existence until

**Statement of Claim, Continued** *(Page 2 of 2)*

One year later on September 9, 2020, after I called to find out what was going on with my certification eligibility. The process took three year causing me to not be hired by Gadsden County School Board. These actions were not only done in cooperation between the Department of Education and the Gadsden County School Board but also done with deliberate and malicious intent to deprive me of getting certification to teach. I believe that I received this despaired treatment for the reasons listed above in my complaint.

A. The discriminatory conduct at issue includes (*check all that apply*):

☑ Failure to hire

☐ Termination of employment

☐ Failure to promote

☐ Failure to accommodate disability

☐ Unequal terms and conditions of employment

☑ Retaliation

☐ Other acts *(specify)*: _____

*(**ATTENTION: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission may be considered by the federal district court under the federal employment discrimination statutes.**)*

B. The alleged discriminatory acts occurred on: __Nov. 2017 - Sept. 2020__

☐ Plaintiff sought employment with Defendant on _____ or

☐ Was employed by Defendant from _____ until _____

C. The location where Plaintiff was employed or sought employment was:

Address: __Gadsden County School Board__
__35 MLK Blvd.__

City, State, and Zip Code: __Quincy, FL 32351__

## IV. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A. Plaintiff filed charges against Defendant with the Equal Employment Opportunity Commission or the Florida Commission on Human Rights on: __01-19-2021__

B. Respondent(s) named on the charging document were: __The Florida Department of Education__

(*If possible, attach a copy of the charges filed.*)

C. The Equal Employment Opportunity Commission: *(check one)*

☑ Has not issued a Notice of Right to Sue letter.

☐ Issued a Notice of Right to Sue letter which I received on _____

(**Note: You must attach a copy of the Notice of Right to Sue letter received from the Equal Employment Opportunity Commission to this complaint.**)

D. As claimed in the Equal Employment Opportunity Commission charging document, Defendant discriminated against Plaintiff because of Plaintiff's:

☑ Gender/Sex *(please identify)* __Sex (male)__

☑ Race *(please identify)* __Black__

☐ Color *(please identify)* _____

☑ Religion *(please identify)* __African Hebrew-Israelite__

☐ National origin *(please identify)* _____

☐ Disability/Perceived Disability *(please identify)* _____

☑ Age *(please provide your year of birth only if you asserting a claim for age discrimination)* __1958__

☑ Other *(please identify)* __Retaliaction__

E. Plaintiff:

☑ Filed charges concerning this discrimination with the Florida Commission on Human Relations on ; or

☐ Did not file.

F. If asserting a claim for age discrimination, please indicate the amount of time that has elapsed since filing your charge of age discrimination with the Equal Employment Opportunity Commission regarding the Defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days ore more have elapsed.

☑ Less than 60 days have elapsed.

G. If this is a disability-related claim, did Defendant deny a request for a reasonable accommodation?   ☐ Yes    ☐ No

Explain: ___N/A___

H. The facts as set forth above in Section III of this complaint:

☐ Are still being committed by Defendant against Plaintiff

☐ Are no longer being committed by Defendant against Plaintiff

I. Plaintiff:

☐ Still works for Defendant

☐ No longer works for Defendant

☐ Was not hired

## V. RELIEF

Briefly state what damages you are requesting and include the amounts of any actual damages claimed and the basis for these amounts. Include any punitive or exemplary damages requested and state the reasons you believe you are entitled to such damages:

I request to be afforded full relief to which I am entitled to under the law including punitive and exemplary damages.

Plaintiff also requests that the Court grant the following relief to Plaintiff:

☑ Defendant be directed to employ Plaintiff

☑ Defendant be directed to re-employ Plaintiff

☐ Defendant be directed to promote Plaintiff

☑ Defendant be directed to _Stop such behavior Restore my permanent Teaching Certificate_

☑ Plaintiff seeks costs and fees involved in litigating this case and such other relief as may be appropriate, including attorney's fees, if applicable.

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 7-28-21   Plaintiff's Signature: *Ronald David Jones*

Printed Name of Plaintiff: Ronald David Jones

Address: 1821 McKelvy Street
Quincy, FL 32351

E-Mail Address: r-d-jones@live.com

Telephone Number: 850-590-1937

Ronald Davis Jones
1821 Mckelvy Street
Quincy, FL 32351



JUL 2 9 2021

United States District Court
Northern District of Florida
Office of The Clerk
111 North Adams Street, Suite 322
Tallahassee, FL 32301-7717