IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RONALD DAVID JONES,**

    **Plaintiff,**

**v.**                                                   Case No. 4:21-cv-319-AW-MAF

**FLORIDA DEPARTMENT OF
EDUCATION,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is one of the many lawsuits the pro se plaintiff, Ronald Jones, has filed against the Florida Department of Education, a school, school board, or others. *See* ECF No. 6. The gist of his complaint is that the Florida DOE has discriminated against him based on his race, age, sex, and religion.

After correctly concluding that the original complaint did not state a claim, the magistrate judge allowed an amended complaint. ECF No. 5. The next complaint was insufficient too, and the magistrate judge entered an order allowing a second amended complaint. ECF No. 8. Jones never did file a second amended complaint, so the magistrate judge—in an October 14 Report and Recommendation—concluded the case should be dismissed for failure to prosecute and failure to comply with a court order. ECF No. 9. I agree.

1

Jones has filed an objection, ECF No. 10, which I have considered de novo. But the objection takes issue with the merits of his claim—not the magistrate judge's conclusion that the case should be dismissed for Jones's neglecting to file a second amended complaint. To the extent Jones contends that his First Amended Complaint was sufficient, I reject the argument. That complaint did not set out his claims in separate counts with factual allegations as to each. As the magistrate judge concluded, that complaint was insufficient. And because Jones still has not filed a new complaint, dismissal is appropriate.

The Report and Recommendation (ECF No. 9) is adopted and incorporated into this order. Plaintiff's objections (ECF No. 10) are overruled. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk will close the file.

SO ORDERED on November 1, 2021.

s/ *Allen Winsor*
United States District Judge